```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                         DISTRICT OF VERMONT
```

KAREN CEGALIS                         :
                                      :
      Plaintiff,                 :
                                      :
      v.                         :    Case No. 2:19-cv-153
                                      :
TRAUMA INSTITUTE & CHILD TRAUMA       :
INSTITUTE, INC.; RICKY GREENWALD;     :
BAMBI RATTNER                         :
                                      :
      Defendants.                :

## **ORDER**

    Plaintiff Karen Cegalis brings this action against Defendants Trauma Institute & Child Trauma Institute, Inc., Ricky Greenwald, and Bambi Rattner (collectively, "Defendants"). Pending before the Court is Defendants' Motion under Federal Rule of Civil Procedure 56 for Summary Judgment.

    On September 27, 2022, this Court issued an Order and Opinion denying Defendants' motion to dismiss under Rule 41(b) and order the parties to participate in Early Neutral Evaluation ("ENE") as required under Local Rule 16.1. The Court indicated that though the Defendants' pending motion for summary judgment had been fully briefed at the time, the motion would not be ready for the Court's consideration until such time as the parties had participated in ENE in a genuine effort to settle or narrow the scope of the dispute.

    The Court initially set a December 1, 2022 deadline for the parties to participate in ENE. On November 18, 2022, the Court granted the parties' joint motion for an extension of time for completion of

ENE, extending the deadline by which the parties were to complete ENE to February 28, 2023.

To the Court's knowledge, the parties did not complete ENE by this February deadline and have not at this point scheduled an ENE session with the designated mediator, in violation of the Court's Order. The parties have not moved the Court for a second extension of time for completion of ENE.

At this point, Defendants' Motion for Summary Judgment has been pending before the Court since March 17, 2022. The Court therefore orders the parties to schedule and complete ENE by May 1, 2023, after which date the Court will take the Motion for Summary Judgment under consideration regardless of whether the parties have successfully scheduled and completed ENE.

SO ORDERED.

DATED at Burlington, in the District of Vermont, this 3rd day of April, 2023.

/s/ William K. Sessions III
William K. Sessions III
U.S. District Court Judge