UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

KAREN CEGALIS,
    Plaintiff,

v.                                                       Case No. 2:19-cv-153

TRAUMA INSTITUTE & CHILD
TRAUMA INSTITUTE INC. and
RICKY GREENWALD IN HIS INDIVIDUAL
CAPACITY and BAMBI RATTNER IN HER
INDIVIDUAL CAPACITY,
    Defendants.

## DEFENDANTS' MOTION FOR ENTRY OF JUDGMENT

NOW COME the defendants and pursuant to Fed.R.Civ.P. Rule 58, respectfully request entry of judgment per the attached proposed form, following the grant of defendants' motion for summary judgment (Doc. 96).

Dated this 9th day of May, 2023.

                                              CLEARY SHAHI & AICHER, P.C.

                                          By:  /s/ Kaveh S. Shahi
                                                     Kaveh S. Shahi, Esq.
                                                     110 Merchants Row, Ste. 3
                                                     Rutland, VT 05701
                                                     (802) 775-8800
                                                     kss@clearyshahi.com
                                                     ATTORNEYS FOR DEFENDANTS

Cleary Shahi & Aicher
110 Merchants Row
Post Office Box 6740
Rutland, VT 05702-6740

(802) 775-8800