# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| KAREN CEGALIS | )  |
| *Plaintiff(s)* | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.  2:19-cv-153 |
| TRAUMA INSTITUTE & CHILD TRAUMA INSTITUTE, INC., RICKY GREENWALD in his individual capacity, and BAMBI RATTNER in her individual capacity | ) |
| | ) |
| *Defendant(s)* | ) |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Opinion and Order (Document 95) filed May 5, 2023, defendants Motion for Summary Judgment (Document 58) is GRANTED. JUDGMENT is hereby entered for defendants Trauma Institute & Child Trauma Institute Inc., Ricky Greenwald and Bambi Rattner, against plaintiff Karen Cegalis.

Date:  May 9, 2023

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   5/9/2023

JEFFREY S. EATON
CLERK OF COURT

*/s/ Lisa Wright*

*Signature of Clerk or Deputy Clerk*